In the Matter of the Probate of the Will of JAMES E. JOHNSTON, Deceased.

SETH B. RUMSEY et al., Respondents; MINNIE JEWHURST, Appellant.

Argued April 9, 1940; decided April 23, 1940.

*Norman G. Stagg* for appellant.

*Bert T. Baker* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.